# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Lane Associates<br>PO Box 126<br>Island Park, NY 11558-0126 | Christmas Tree Shops LLC | 2/8/2023 | $2,968.27 | Services |
| Lane Associates<br>PO Box 126<br>Island Park, NY 11558-0126 | Christmas Tree Shops LLC | 2/22/2023 | $28,562.80 | Services |
| Lane Associates<br>PO Box 126<br>Island Park, NY 11558-0126 | Christmas Tree Shops LLC | 3/8/2023 | $21,991.76 | Services |
| Lane Associates<br>PO Box 126<br>Island Park, NY 11558-0126 | Christmas Tree Shops LLC | 3/15/2023 | $9,448.51 | Services |
| Lane Associates<br>PO Box 126<br>Island Park, NY 11558-0126 | Christmas Tree Shops LLC | 3/29/2023 | $19,512.87 | Services |
| Lane Associates<br>PO Box 126<br>Island Park, NY 11558-0126 | Christmas Tree Shops LLC | 4/12/2023 | $16,383.31 | Services |
| **Total** | | | **$98,867.52** | |